# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MARTINEZ, DIANA L                           §      Case No.  14-82062
                                                   §
                                                   §
Debtor(s)                                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

 327 South Church Street, Room #1100

Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 07/20/2015 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/25/2015 _____          By:  /s/JOSEPH D. OLSEN _____

                                                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MARTINEZ, DIANA L                                  §      Case No. 14-82062
                                                         §
                                                         §
Debtor(s)                                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                $      70,002.11

*and approved disbursements of*                     $        521.94

*leaving a balance on hand of* [1]                  $      69,480.17

**Balance on hand:**                                $      69,480.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $      69,480.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,210.53 | 0.00 | 1,210.53 |
| Trustee, Expenses - JOSEPH D. OLSEN | 36.54 | 0.00 | 36.54 |

Total to be paid for chapter 7 administration expenses:    $      1,247.07
Remaining balance:                                         $     68,233.10

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $         0.00

Remaining balance: $      68,233.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $         0.00

Remaining balance: $      68,233.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,166.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. | 770.92 | 0.00 | 770.92 |
| 2 | PYOD, LLC its successors and assigns as assignee | 2,395.87 | 0.00 | 2,395.87 |

Total to be paid for timely general unsecured claims: $       3,166.79

Remaining balance: $      65,066.31

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 65,066.31 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 65,066.31 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $3.04.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 65,160.00.

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-82062-TML
Diana L Martinez                                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3            User: lorsmith          Page 1 of 1          Date Rcvd: Jun 26, 2015
                               Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2015.
db            +Diana L Martinez,   308 29th St,   Rockford, IL 61108-1832
22121253      +Alpine Bank & Trust Co,   1700 N Alpine Rd,   Rockford, IL 61107-1459
22121254      +Barclays Bank Delaware,   Attn: Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
22121257     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citgo Oil / Citibank,   Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,   Kansas City, MO 64195)
22121255      +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
22960724       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22121256      +Chase,   201 N. Walnut St/De1-1027,   Wilmington, DE 19801-2920
22121258      +Comenity Bank/Woman Within,   Attention: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
22121259      +Crespian Martinez,   308 29th St,   Rockford, IL 61108-1832
22121261      +Heritage Cu,   1212 Huxley Street,   Madison, WI 53704-4224
22121262       Juniper Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
22121266      +Wells Fargo Hm Mortgag,   Po Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22121263      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 26 2015 20:10:25      Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
23133756       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2015 20:08:07
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22121265      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2015 20:07:05      Syncb/phillips 66,
               4125 Windward Plz,   Alpharetta, GA 30005-8738
                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22121260*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Exxmblciti,   Attn.: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
22121264*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Shell Oil / Citibank,   Attn: Centralized Bankruptcy,
               Po Box 20363,   Kansas City, MO 64195)
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2015 at the address(es) listed below:
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Karl C. Koonmen, Jr.    on behalf of Debtor Diana L Martinez colelplc@tds.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                              TOTAL: 4