**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MARTINEZ, DIANA L         § Case No. 14-82062
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $94,710.00                Assets Exempt: $9,921.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,169.83       Claims Discharged
                                                 Without Payment: $21,741.24

Total Expenses of Administration: $1,672.28

---

3) Total gross receipts of $ 70,002.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 65,160.00 (see **Exhibit 2**), yielded net receipts of $4,842.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $83,389.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,672.28 | 1,672.28 | 1,672.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,741.24 | 3,169.83 | 3,169.83 | 3,169.83 |
| **TOTAL DISBURSEMENTS** | $105,130.24 | $4,842.11 | $4,842.11 | $4,842.11 |

4) This case was originally filed under Chapter 7 on July 01, 2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2015         By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lila Crawford Estate | 1229-000 | 70,002.11 |
| **TOTAL GROSS RECEIPTS** | | **$70,002.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARTINEZ, DIANA L | Dividend paid 100.00% on $65,160.00; Claim# SURPLUS; Filed: $65,160.00; Reference: | 8200-002 | 65,160.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$65,160.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 83,389.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$83,389.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,113.80 | 1,113.80 | 1,113.80 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 36.54 | 36.54 | 36.54 |
| Rabobank, N.A. | 2600-000 | N/A | 23.49 | 23.49 | 23.49 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 100.65 | 100.65 | 100.65 |
| Rabobank, N.A. | 2600-000 | | N/A | 93.80 | 93.80 | 93.80 |
| Rabobank, N.A. | 2600-000 | | N/A | 107.06 | 107.06 | 107.06 |
| Rabobank, N.A. | 2600-000 | | N/A | 100.21 | 100.21 | 100.21 |
| Rabobank, N.A. | 2600-000 | | N/A | 96.73 | 96.73 | 96.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,672.28 | $1,672.28 | $1,672.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | N/A | 770.92 | 770.92 | 770.92 |
| 1I | Capital One, N.A. | 7990-000 | N/A | 0.74 | 0.74 | 0.74 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,395.87 | 2,395.87 | 2,395.87 |
| 2I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 2.30 | 2.30 | 2.30 |
| NOTFILED | Heritage Cu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 2,395.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Cu | 7100-000 | 3,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Woman Within | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Heritage Cu | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Shell Oil / Citibank | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/phillips 66 | 7100-000 | 851.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Oil / Citibank Citicorp Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 2,787.24 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,787.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,590.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 5,904.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,741.24 | $3,169.83 | $3,169.83 | $3,169.83 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82062  
**Case Name:** MARTINEZ, DIANA L

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/01/14 (f)  
**§341(a) Meeting Date:** 07/31/14

**Period Ending:** 09/17/15  
**Claims Bar Date:** 04/14/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 308 29th St, Rockford, IL 61108 | 87,000.00 | 0.00 | | 0.00 | FA |
| 2 | Alpine Bank - checking | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Alpine Bank - checking | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Larry Anderspm - Agent (Amaerican Continental) | 800.00 | 0.00 | | 0.00 | FA |
| 7 | 1998 chev silverado | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 chev Highlander | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1992 Smoker Kraft | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Lila Crawford Estate  (u) | Unknown | 70,002.11 | | 70,002.11 | FA |
| 10 | **Assets**  Totals (Excluding unknown values) | **$94,710.00** | **$70,002.11** | | **$70,002.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a post-petition inheritance case.  The funds have been turned over.  Trustee is just waiting for the proof of claim period to expire.  The Trustee anticipates this to be a surplus estate.  The proof of claim period expires 4/14/15.  Depending on objections to claims, the final report should be filed on or about 6/30/15.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   June 3, 2015  (Actual)

Printed: 09/17/2015 01:49 PM    V.13.25

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-82062  
**Case Name:** MARTINEZ, DIANA L

**Taxpayer ID #:** **-***2391  
**Period Ending:** 09/17/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/14 | {10} | Desert Schools Federal Credit Union | Crawford estate - inheritance | 1229-000 | 20,000.60 | | 20,000.60 |
| 12/22/14 | {10} | Deser Schools Federal Credit Union | Crawford Estate | 1229-000 | 50,001.51 | | 70,002.11 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.49 | 69,978.62 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.65 | 69,877.97 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.80 | 69,784.17 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.06 | 69,677.11 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.21 | 69,576.90 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.73 | 69,480.17 |
| 08/04/15 | 101 | Capital One, N.A. | Voided on 08/06/15 | 7100-003 | | 770.92 | 68,709.25 |
| 08/04/15 | 102 | Capital One, N.A. | Voided on 08/06/15 | 7990-003 | | 0.74 | 68,708.51 |
| 08/04/15 | 103 | PYOD, LLC its successors and assigns as assignee | Voided on 08/06/15 | 7100-003 | | 2,395.87 | 66,312.64 |
| 08/04/15 | 104 | PYOD, LLC its successors and assigns as assignee | Voided on 08/06/15 | 7990-003 | | 2.30 | 66,310.34 |
| 08/04/15 | 105 | JOSEPH D. OLSEN | Voided on 08/06/15 | 2100-003 | | 1,210.53 | 65,099.81 |
| 08/04/15 | 106 | JOSEPH D. OLSEN | Voided on 08/06/15 | 2200-003 | | 36.54 | 65,063.27 |
| 08/06/15 | 101 | Capital One, N.A. | Voided: check issued on 08/04/15 | 7100-003 | | -770.92 | 65,834.19 |
| 08/06/15 | 102 | Capital One, N.A. | Voided: check issued on 08/04/15 | 7990-003 | | -0.74 | 65,834.93 |
| 08/06/15 | 103 | PYOD, LLC its successors and assigns as assignee | Voided: check issued on 08/04/15 | 7100-003 | | -2,395.87 | 68,230.80 |
| 08/06/15 | 104 | PYOD, LLC its successors and assigns as assignee | Voided: check issued on 08/04/15 | 7990-003 | | -2.30 | 68,233.10 |
| 08/06/15 | 105 | JOSEPH D. OLSEN | Voided: check issued on 08/04/15 | 2100-003 | | -1,210.53 | 69,443.63 |
| 08/06/15 | 106 | JOSEPH D. OLSEN | Voided: check issued on 08/04/15 | 2200-003 | | -36.54 | 69,480.17 |
| 08/10/15 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,113.80, Trustee Compensation; Reference: | 2100-000 | | 1,113.80 | 68,366.37 |
| 08/10/15 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $36.54, Trustee Expenses; Reference: | 2200-000 | | 36.54 | 68,329.83 |
| 08/10/15 | 109 | MARTINEZ, DIANA L | Dividend paid 100.00% on $65,160.00; Claim# SURPLUS; Filed: $65,160.00; Reference: | 8200-002 | | 65,160.00 | 3,169.83 |
| 08/10/15 | 110 | Capital One, N.A. | Combined Check for Claims#1,1I | | | 771.66 | 2,398.17 |
| | | | Dividend paid 100.00% on $770.92; Claim# 1; Filed: $770.92 | 770.92 | 7100-000 | | 2,398.17 |
| | | | Dividend paid 100.00% on $0.74; Claim# 1I; Filed: $0.74 | 0.74 | 7990-000 | | 2,398.17 |
| 08/10/15 | 111 | PYOD, LLC its successors and | Combined Check for Claims#2,2I | | | 2,398.17 | 0.00 |

Subtotals: $70,002.11   $70,002.11

{} Asset reference(s)

Printed: 09/17/2015 01:49 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-82062 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | MARTINEZ, DIANA L | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5066 - Checking Account |
| **Taxpayer ID #:** | **-***2391 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 09/17/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee | | | | | |
| | | | Dividend paid 100.00% 2,395.87<br>on $2,395.87;  Claim# 2;<br>Filed: $2,395.87 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 2.30<br>on $2.30;  Claim# 2I;<br>Filed: $2.30 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,002.11 | 70,002.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 70,002.11 | 70,002.11 | |
| | | | Less: Payments to Debtors | | | 65,160.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,002.11** | **$4,842.11** | |

| | |
|---|---|
| Net Receipts : | 70,002.11 |
| Less Payments to Debtor : | 65,160.00 |
| Net Estate : | $4,842.11 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5066** | 70,002.11 | 4,842.11 | 0.00 |
| | $70,002.11 | $4,842.11 | $0.00 |